1342 MASON (County Treasurer) vs. SUPERVISOR (Hazelton Township), 82 M., 440.

To compel respondent to spread certain drain taxes upon the assessment roll of his township.

Granted October 10, 1890.

Held, that the township is liable to the county for drain taxes assessed under the township drain law (Act No. 39, Laws of 1869) and charged back to the county by the auditor-general on their being declared void by the court, where it has had the benefit, not only of the credit for such taxes on its settlement with the county, but of the money which it has disbursed, and the township is also liable for the interest legally chargeable to the county on said taxes.

1343 MASON (County Treasurer) vs. SUPERVISOR (New Haven Township), 82 M., 435.

To compel respondent to spread certain drain taxes upon the assessment roll of his township.

Denied October 10, 1890.

Held, that where under the county drain law (Act No. 43, Laws of 1869), the drain taxes had been spread and attempt made to collect the same, and the amounts collected paid to the county treasurer, and the lands upon which they are not collected returned to that officer, and afterwards the drain taxes returned are declared void, and are charged back to the county by the auditor-general, the board of supervisors have no power to charge such rejected taxes to the township from which they were returned or to order its supervisor to spread them upon his roll.